JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAKASH NEPAL,<br><br>        Petitioner,<br><br>    v.<br><br>KRISTI NOEM, ETC., ET AL.,<br><br>        Respondents. | No. SA CV 26-145-SVW(E)<br><br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is granted in part and Respondents are ordered to release Petitioner from detention immediately, subject to the conditions of his previous supervision.

DATED: March 18, 2026

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE